UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE MORSE, an individual; on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARIE CALLENDER PIE SHOPS, INC., a Delaware Company; and Does 1 to 10,<br><br>Defendant. | **CASE NO. 09cv1305 JLS (POR)**<br>*[Consolidated with*<br>*Case No. 10cv692 JLS (POR)]*<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO PLACE DOCUMENTS UNDER SEAL**<br><br>Action Filed:   June 15, 2009<br>Trial Date:None Set |
| KENNETH CORSINO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PERKINS & MARIE CALLENDER'S, INC., MARIE CALLENDER PIE SHOPS, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | |

1

1
## ORDER

2    This Court having reviewed Defendants' Motion to Place Documents Under
3 Seal and good cause being shown, IT IS HEREBY ORDERED as follows:
4    The Declaration of Aparajit Bhowmik in Support of Memorandum of Points and
5 Authorities in Support of Motion for Class Certification, Parts 1 and 2 and the exhibits
6 attached thereto shall be placed under seal.

7
8
9 DATED:  February 10, 2011

10                                                               _____
11                                                               The Hon. Janis L. Sammartino
                                                                 U.S. District Court Judge
12                                                               for the Southern District of California

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. 09cv1305 JLS (POR)