# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE MORSE; KENNETH CORSINO; RICARDO SANCHEZ; JEREMY SULLIVAN; BENJAMIN MONROY; SCOTT MARTIN; JORGE HERRERA, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiffs,<br><br>      vs.<br><br>MARIE CALLENDER PIE SHOPS, INC., et al.,<br><br>                                    Defendants. | CASE NO. 09CV1305 JLS (DHB)<br><br>**ORDER (1) VACATING STATUS HEARING AND (2) SETTING CASE FOR DISMISSAL IN THIRTY DAYS**<br><br>(ECF No. 90) |

In light of the parties' representation in their joint status report, (ECF No. 90), that a settlement has been reached in this matter, the Court **VACATES** the status hearing set for Thursday, December 6, 2012.  This matter will be dismissed <u>thirty days</u> from the date that this order is electronically docketed.

**IT IS SO ORDERED.**

DATED:  December 4, 2012

_____
**Honorable Janis L. Sammartino**
**United States District Judge**