# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE MORSE; KENNETH CORSINO; RICARDO SANCHEZ; JEREMY SULLIVAN; BENJAMIN MONROY; SCOTT MARTIN; JORGE HERRERA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARIE CALLENDER PIE SHOPS, INC., et al.,<br><br>Defendants. | CASE NO. 09CV1305 JLS (DHB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CONSOLIDATED ACTIONS**<br><br>(ECF No. 92) |

The Court has reviewed the parties' Joint Motion for Dismissal of Consolidated Actions. (ECF No. 92). Good cause appearing, the Court **GRANTS** the motion.

**IT IS HEREBY ORDERED THAT**:

1. The settlement is approved, including the PAGA payment.

2. The consolidated actions entitled *Morse v. Marie Callender Pie Shop, Inc.*, No. 09cv1305 JLS (DHB), *Corsino v. Perkins & Marie Callender's Inc.*, No. 10cv692 JLS (DHB), and

///

///

///

*De La Torre v. Marie Callender's, Inc.*, No. 11cv551 JLS (DHB) are **DISMISSED WITH PREJUDICE** with each side to bear their own fees and costs except as set forth in the settlement.

**IT IS SO ORDERED.**

**DATED: December 11, 2012**

*Janis L. Sammartino*
**Honorable Janis L. Sammartino**
**United States District Judge**